AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 04/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Hogan Lovells US LLP, Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amex Platinum | Credit Card | L |
| 2. Chase Visa | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Statement #18 (H) | | | | | | | | | |
| 4. - Raymond James Bank | A | Int./Div. | L | T | | | | | |
| 5. -AMG GW&K Municipal Bond Fund Investor CL N/L | B | Dividend | L | T | | | | | |
| 6. - AMG Southernsun US Equity | | None | | | Sold | 02/01/18 | K | B | |
| 7. - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | | | | | |
| 8. - Artisan International Value fund Inv Shs | C | Dividend | L | T | | | | | |
| 9. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 10. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | J | T | | | | | |
| 11. - Columbia FDS SER TR II Mass Select Large Cap Value | C | Dividend | L | T | | | | | |
| 12. -Cullen High Dividend Equity Fund | D | Dividend | K | T | | | | | |
| 13. - Guggenheim Total Return Bond Fund Instl CL | B | Dividend | K | T | | | | | |
| 14. - Oakmark International Fund | C | Dividend | K | T | | | | | |
| 15. - JPMorgan Strategic Income Opptys Fund CL 1 (FKA JP Morgan CL A) | C | Dividend | L | T | | | | | |
| 16. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 17. - Lord Abbett Short Duration Income Fund CL F N/L | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 19. - Neuberger Berman Emerging Markets Equit Fund Class A M | A | Dividend | J | T | Buy | 02/05/18 | J | | |
| 20. -Oppenheimer International Growth Fund-CL A | B | Dividend | L | T | | | | | |
| 21. -PIMCO Income Fund Class P N/L | C | Dividend | L | T | | | | | |
| 22. - Ishare Trust Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 23. - Ishares Trust Russell 1000 VAL ETF | A | Dividend | J | T | | | | | |
| 24. - Ishares Trust Russell 1000 Growth Index | A | Dividend | L | T | Buy (add'l) | 06/07/18 | K | | |
| 25. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 26. - Ishares Trust Core S&P SCP | A | Dividend | L | T | Buy (add'l) | 06/07/18 | K | | |
| 27. - Invesco QQQ (FKA Powershares QQQ Trust Unit Series 1) | A | Dividend | K | T | | | | | |
| 28. - SPDR Financial Select Sector Fund | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 29. - SPDR Technology Select Sector Fund (FKA Sector SPDR TR SBI Int Tech) | A | Dividend | L | T | | | | | |
| 30. -Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | K | T | | | | | |
| 31. - Virtus WCM Int'l Equity (Formerly Ridgworth Int'l Equity) | A | Dividend | L | T | Buy (add'l) | 06/06/18 | K | | |
| 32. Brokerage Statement #19 (H) | | | | | | | | | |
| 33. - Raymond James Bank | A | Int./Div. | L | T | | | | | |
| 34. - AMG GW&K Municipal Bond Fund Investor Class N/L | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMG Southernsun US Equity | | None | | | Sold | 02/01/18 | K | B | |
| 36. - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | | | | | |
| 37. - Artisan International Value Fund Inv Shs | C | Dividend | L | T | | | | | |
| 38. - Columbia FDS SER TR Small Cap Value II FD | C | Dividend | K | T | | | | | |
| 39. - Columbia FDS SER TR II MASS Select Large Cap Value | C | Dividend | L | T | | | | | |
| 40. - Cullen High Dividend Equity Fund | C | Dividend | K | T | | | | | |
| 41. - Guggenheim Total Return Bond Fund Instl CL | B | Dividend | L | T | | | | | |
| 42. - Oakmark International Fund | C | Dividend | K | T | | | | | |
| 43. - JPMorgan Strategic Incm Opp FD CL(FKA JPMorgan TR I Stratgic Incm) | C | Dividend | M | T | | | | | |
| 44. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 45. - Lord Abbett Short Duration Income Fund Cl F N/L | C | Dividend | L | T | | | | | |
| 46. -Matthews Pacific Tiger Fund | C | Dividend | L | T | | | | | |
| 47. -Oppenheimer International Growth Fund-CL A | B | Dividend | L | T | | | | | |
| 48. - Payden Invt Group High Income Fd | B | Dividend | | | Sold | 11/19/18 | K | A | |
| 49. -PIMCO Income Fund Class P N/L | C | Dividend | K | T | | | | | |
| 50. - Putnam Short Duration Income Fund Class Y N/L | A | Dividend | M | T | Buy | 10/24/18 | M | | |
| 51. | | | | | Buy (add'l) | 11/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Russell Mid Cap ETF | A | Dividend | L | T | Buy (add'l) | 10/25/18 | K | | |
| 53. - Ishares Trust Russell 1000 Val ETF | A | Dividend | K | T | | | | | |
| 54. - Ishares Trust Russell 1000 Growth Index | A | Dividend | L | T | Buy (add'l) | 06/07/18 | K | | |
| 55. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 56. - Ishares Trust Russell 1000 ETF | A | Dividend | L | T | Buy (add'l) | 10/25/18 | K | | |
| 57. - Ishares Core S&P Small Cap | A | Dividend | L | T | Buy (add'l) | 06/07/18 | K | | |
| 58. - Invesco QQQ (FKA Powershares QQQ Trust Unit Series 1) | A | Dividend | K | T | | | | | |
| 59. - SPDR Financial Select Sector Fund | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 60. - SPDR Technology Sector Fund (FKA Sector SPDR TR SBI Int Tech) | A | Dividend | L | T | | | | | |
| 61. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | K | T | | | | | |
| 62. - Virtus WCM Int'l Equity (Formerly Ridgworth Int'l Equity) | A | Dividend | L | T | Buy (add'l) | 06/06/18 | K | | |
| 63. Brokerage Statement #21 (H) | | | | | | | | | |
| 64. - Raymond James Bank | A | Int./Div. | L | T | | | | | |
| 65. - Franklyn Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 66. Retirement Plan for Partners #4 (H) | | | | | | | | | |
| 67. - FID Contrafund K | E | Int./Div. | N | T | Buy (add'l) | 12/31/18 | K | | |
| 68. - FID Growth Co K | E | Int./Div. | N | T | Buy (add'l) | 12/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TRP Inst SM CAP | E | Int./Div. | M | T | Buy (add'l) | 12/31/18 | K | | |
| 70. - Intl Equity Fund | | None | M | T | Buy (add'l) | 12/31/18 | K | | |
| 71. - FID Emerging Mkts K | A | Int./Div. | L | T | Buy (add'l) | 12/31/18 | J | | |
| 72. - MIP CL 2 | C | Int./Div. | M | T | Buy (add'l) | 12/31/18 | K | | |
| 73. - Multi MGR Bal Mod | | None | M | T | Buy (add'l) | 12/31/18 | J | | |
| 74. - Multi MGR Bal Aggr | | None | M | T | Buy (add'l) | 12/31/18 | J | | |
| 75. - FID Ext Mkt Idx (FKA FID Ext Mkt Idx PR) | B | Int./Div. | K | T | Buy (add'l) | 12/31/18 | K | | |
| 76. - FID 500 Index (FKA FID 500 Index Inst) | A | Int./Div. | K | T | Buy (add'l) | 12/31/18 | K | | |
| 77. - Multi MGR Dom Equity | | None | J | T | Buy | 12/31/18 | J | | |
| 78. IRA # 5 (H) | | | | | | | | | |
| 79. - Raymond James Bank | A | Interest | J | T | | | | | |
| 80. -AMG Southernsun US Equity | | None | | | Sold | 02/01/18 | K | C | |
| 81. - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | | | | | |
| 82. - Artisan International Value fund Inv Shs | B | Dividend | L | T | | | | | |
| 83. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | K | T | | | | | |
| 84. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | M | T | | | | | |
| 85. - Clarkson Partners Fund Instl CL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Doubleline Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 87. - Guggenheim Total Return Bond Fund Instl CL | C | Dividend | M | T | Buy (add'l) | 02/05/18 | L | | |
| 88. - Oakmark International Fund | B | Dividend | L | T | | | | | |
| 89. - Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 90. - Lord Abbett Short Duration Income Fund CL F | B | Dividend | K | T | | | | | |
| 91. - Matthews Pacific Tiger Fund | A | Dividend | L | T | | | | | |
| 92. - Neuberger Berman Emerging Markets Equity Fund CL AM | A | Dividend | J | T | Buy | 02/05/18 | J | | |
| 93. -Oppenheimer International Growth Fund- CL Y (FKA CL A) | A | Dividend | L | T | | | | | |
| 94. - PIMCO Income Fund Class P | D | Dividend | M | T | | | | | |
| 95. - PIMCO High Yield Fund | | None | | | Sold (part) | 02/02/18 | L | A | |
| 96. | | | | | Sold | 10/24/18 | J | A | |
| 97. -PGIM Total Return Bond Fund (FKA Prudential Total Return Bond Fund) | C | Dividend | L | T | | | | | |
| 98. - Vanguard Short Term Corporate Bond Index FD | B | Dividend | L | T | Sold (part) | 01/22/18 | J | A | |
| 99. - Virtus WCM Int'l Equity (Formerly Ridgworth Int'l Equity) | A | Dividend | K | T | | | | | |
| 100. - Ishares Trust Russell Mid Cap ETF | B | Dividend | L | T | | | | | |
| 101. -Ishares Trust Russell 1000 Value ETF | B | Dividend | L | T | | | | | |
| 102. - Ishares Trust Russell 1000 Growth Index | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 104. - Ishares Trust Core S&P Small Cap ETF | B | Dividend | L | T | | | | | |
| 105. - SPDR Financial Select Sector Fund | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 106. - Invesco QQQ (FKA Powershares QQQ Trust Unit Series 1) | A | Dividend | L | T | | | | | |
| 107. - SPDR Technology Select Sector Fund (FKA Sector SPDR TR SBI Int Tech) | A | Dividend | L | T | | | | | |
| 108. IRA #6 (H) | | | | | | | | | |
| 109. - Raymond James Bank | A | Interest | J | T | | | | | |
| 110. - AMG Southernsun US Equity | | None | | | Sold | 02/01/18 | K | C | |
| 111. - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | | | | | |
| 112. - Artisan International Value fund Inv Shs | B | Dividend | L | T | | | | | |
| 113. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | K | T | | | | | |
| 114. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | M | T | | | | | |
| 115. - Clarkson Partners Fund Instl CL N/L | A | Dividend | K | T | | | | | |
| 116. - Guggenheim Total Return Bond Fund Instl CL N/L | D | Dividend | M | T | Buy (add'l) | 02/05/18 | L | | |
| 117. - Oakmark International Fund | B | Dividend | L | T | | | | | |
| 118. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 119. - Lord Abbett Short Duration Income Fund CL F | C | Dividend | L | T | Sold (part) | 10/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Matthews Pacific Tiger Fund | A | Dividend | L | T | | | | | |
| 121. - Neuberger Berman Emerging Markets Equity Fund CL A | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 122. - Oppenheimer International Growth Fund- CL A | A | Dividend | L | T | | | | | |
| 123. - PIMCO Income Fund Class P | E | Dividend | N | T | | | | | |
| 124. - PIMCO High Yield Fund | | None | | | Sold | 02/02/18 | L | A | |
| 125. - PGIM Total Return Bond Fund (FKA Prudential Total Return Bond Fund) | D | Dividend | M | T | | | | | |
| 126. - Ishares Russell Mid Cap ETF | B | Dividend | L | T | | | | | |
| 127. -Ishares Trust Russell 1000 Value ETF | B | Dividend | K | T | | | | | |
| 128. - Ishares Trust Russell 1000 Growth Index | B | Dividend | M | T | | | | | |
| 129. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 130. - Ishares Core S&P Small Cap ETF | B | Dividend | L | T | | | | | |
| 131. - Invesco QQQ (FKA Powershares QQQ Trust Unit Series 1) | A | Dividend | L | T | | | | | |
| 132. - SPDR Financial Select Sector Fund | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 133. -SPDR Technology Sector Fund (FKA Sector SPDR TR SBI Int Tech) | B | Dividend | L | T | Sold (part) | 02/05/18 | K | D | |
| 134. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | K | T | | | | | |
| 135. - Virtus WCM Int'l Equity (Formerly Ridgworth Int'l Equity) | A | Dividend | K | T | Buy (add'l) | 02/02/18 | J | | |
| 136. IRA #7 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Raymond James Bank | A | Interest | J | T | | | | | |
| 138. - Pimco Income Fund Class P | B | Dividend | K | T | | | | | |
| 139. - AMG Southernsun US Equity | | None | | | Sold | 02/01/18 | J | B | |
| 140. - Clarkston Partners Fund Inst. CL | A | Dividend | J | T | | | | | |
| 141. - Virtus WCM Int'l Equity (Fomerly Ridgeworth Int'l Equity) | A | Dividend | K | T | | | | | |
| 142. - Oakmark Int'l Fund CL I | A | Dividend | J | T | | | | | |
| 143. - JPMorgan Strategic Income Opportunities FD | A | Dividend | J | T | | | | | |
| 144. - Lord Abbett Short Duration Income FD CL F | A | Dividend | J | T | | | | | |
| 145. - Matthews Pacific Tiger Fund Investor CL | A | Dividend | J | T | | | | | |
| 146. - Oppenheimer International Growth Fund- CL A | A | Dividend | J | T | | | | | |
| 147. - Oppenheimer Developing Markets Fund CL A | A | Dividend | J | T | | | | | |
| 148. - PGM Total Return Bond Fund (FKA Prudential Total Return Bond) | A | Dividend | K | T | | | | | |
| 149. - Vanguard Intermediate Term Bond Index FD Admiral Shs | A | Dividend | J | T | Sold (part) | 08/14/18 | J | A | |
| 150. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | J | T | | | | | |
| 151. - Ishares TR Rus Mid Cap ETF | A | Dividend | J | T | | | | | |
| 152. - Ishares TR Rus 1000 VAL ETF | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 153. - Ishares TR Rus 1000 GRW ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Ishares TR Core S&P SCP | A | Dividend | J | T | | | | | |
| 155. - Invesco QQQ (FKA Powershares QQQ Trust Unit) | A | Dividend | J | T | | | | | |
| 156. - SPDR S&P 500 ETF Trust | A | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 157. - SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |
| 158. - SPDR Financial Select Sector Fund | A | Dividend | J | T | Buy | 02/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544